Reset Form

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**

☒ Secret Indictment
☐ Juvenile

**Defendant Information**

| | |
|---|---|
| Defendant Name: | Bridgett J. Rodriguez |
| Alias Name: | Bridgett J. Haney |
| Birth Date: | 07/02/1980 |

**Related Case Information**

Superseding Indictment? ☐ Yes ☒ No   If yes, original case number: _____
New Defendant(s)? ☒ Yes ☐ No

Prior Complaint Case Number, if any: _____
Prior Target Letter Case Number, if any: _____

**U.S. Attorney Information**

AUSA  Sarff, Jessica R.

**Interpreter Needed?**

☐ Yes   Language and/or Dialect: _____
☐ No

**Location Status**

Arrest Date: _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☒ No
**Warrant Required?** ☒ Yes ☐ No

**U.S.C. Citations**

Total # of Counts   11 w/FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE | 8, 9, 10, 11, 12 |
| 3 | 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN | 13 |
| 4 | 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. | 14, 17 |

(May be continued on reverse)

revised: 07/28/2021

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | 21:841B=CP.F CONTROLLED SUBSTANCE - POSSESSION WITH INTENT TO DIST | 15, 16 |
| 6 | 21:853.F CRIMINAL FORFEITURES | FA |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |