Reset Form

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

**CRIMINAL CASE COVER SHEET**

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**
☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Kyle A. Shipley

Alias Name:

Birth Date: 07/12/1986

**Related Case Information**

Superseding Indictment? ☐ Yes  ☒ No   If yes, original case number:
New Defendant(s)? ☒ Yes  ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Sarff, Jessica R.

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☐ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes  ☒ No
**Warrant Required?** ☒ Yes  ☐ No

**U.S.C. Citations**

Total # of Counts    2

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE | 11 |
| 3 | | |
| 4 | | |

(May be continued on reverse)

revised: 07/28/2021