

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**     **Matter to be Sealed**

Greene / Southern     ☒ Secret Indictment
　　　　　　　　　　☐ Juvenile

**Defendant Information**

Defendant Name: Rickey E. Rose

Alias Name:

Birth Date: 03/14/1987

**Related Case Information**

Superseding Indictment?  ☐ Yes  ☒ No   If yes, original case number: _____
New Defendant(s)?        ☒ Yes  ☐ No

Prior Complaint Case Number, if any: _____

Prior Target Letter Case Number, if any: _____

**U.S. Attorney Information**

**AUSA**  Sarff, Jessica R.

**Interpreter Needed?**

☐ Yes   Language and/or Dialect: _____
☒ No

**Location Status**

Arrest Date: _____

☐ Currently in Federal Custody          **Writ Required?**    ☐ Yes  ☒ No
☐ Currently in State Custody            **Warrant Required?** ☒ Yes  ☐ No
☐ Currently on Bond

**U.S.C. Citations**

Total # of Counts    4

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. | 3, 5 |
| 3 | 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE | 4 |
| 4 | | |

(May be continued on reverse)

revised: 07/28/2021