GREENE COUNTY JUSTICE CENTER
1000 N Boonville
Springfield MO. 65802

Kyle Shipley
Inmate Name

145746
Jacket #

LEGAL MAIL
Mar 15 2022 7:35A



SPRINGFIELD MO 658
16 MAR 2022 PM 2 L

REC'D MAR 18 2022

United States District
Court
222 John Q. Hammon Parkway
Springfield MO.

65806-255950