# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        **Plaintiff,**<br><br>v.<br><br>KYLE A. SHIPLEY,<br><br>        **Defendant.** | Case No.: 22-03015-02-CR-S-RK |

## *ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

Upon application by the United States of America, it is hereby

**ORDERED** that the Clerk shall issue a writ of habeas corpus ad prosequendum directed to the **Warden, Greene County Detention Center, 1000 N. Boonville Ave., Springfield, Missouri 65802**, and to the United States Marshal for the Western District of Missouri, or any other authorized officer, to produce one **KYLE A. SHIPLEY, (INMATE #145746)**, now confined at the aforementioned facility, in the custody of the person there in charge, before the **Chief United States Magistrate Judge** at Springfield, Missouri, **forthwith,** or at any time thereafter as the Court may direct, so that said person may appear in accordance with the law in the above-entitled cause; and, after said person shall have so appeared, to return said person to the aforementioned custody as may be directed by this Court.

Dated this 5th day of April, 2022.

*s/ David P. Rush*
**DAVID P. RUSH**
**Chief United States Magistrate Judge**