IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 22-03015-02-CR-S-RK |
| KYLE A. SHIPLEY, | ) |
| Defendant. | ) |

## ORDER

Before the Court are the Motion for Discovery and the Motion for Bond, both filed by Defendant personally. (Docs. 23, 24.) At the time the two *pro se* Motions were filed, Defendant had yet to appear before the Court and was unrepresented. Since then, Defendant has made his initial appearance before the undersigned, who has appointed counsel to represent him. Accordingly, because the Court is not required to entertain *pro se* motions filed by a represented party, the two *pro se* Motions are **DENIED** without prejudice. Any motion to the Court must be made by and through Defendant's attorney. The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: April 7, 2022